Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
LIONEL SAWYER & COLLINS
50 West Liberty Street, Suite 1100
Reno, Nevada 89501
Ph: (775) 788-8666
Fax: (775) 788-8682
E-mail: lhart@lionelsawyer.com

Attorneys for Sonnax Industries, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AUTOMOTIVE GLOBAL TECHNOLOGIES, LTD., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONNAX INDUSTRIES, INC., a Vermont Corporation; ALTO PRODUCTS CORP., a New Jersey Corporation,<br><br>Defendants. | Case No. CV-N-99-00065-RAM<br><br><br><br><br><br>**SONNAX INDUSTRIES, INC.'S NOTICE OF WITHDRAWAL OF CO-COUNSEL MARK LENZ** |
| SONNAX INDUSTRIES, INC.,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>BRUCE PALMBAUM and CHRISTO BARDIS,<br><br>Third Party Defendants. | |

Please take notice that Sonnax Industries, Inc. ("Sonnax") requests this Court enter an order permitting co-counsel Mark Lenz to withdraw from his representation of Sonnax in this case. The law firm of Lionel Sawyer & Collins, and Leslie Bryan Hart, will continue to represent Sonnax as

///

///

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO, NEVADA 89501
(775) 788-8666

1 | counsel of record.
2 |     DATED this 21st day of March, 2006.
3 |
4 |                 Respectfully submitted,
5 |                 LIONEL SAWYER & COLLINS
6 |                 By: /s/ Leslie B. Hart
7 |                 Leslie Bryan Hart, Esq.
    Nevada Bar No. 4932
8 |     50 West Liberty Street, Suite 1100
    Reno, Nevada 89501
9 |     Telephone: (775) 788-8666
    Fax: (775) 788-8682
10 |     E-mail: lhart@lionelsawyer.com
11 |     Attorneys for Sonnax Industries, Inc.

DATED this 20th day of March, 2006.

    Respectfully submitted,

    PISCEVICH & FENNER

    By: /s/ Mark J. Lenz
    Mark J. Lenz, Esq.
    Nevada Bar No. 4672
    499 West Plumb Lane, Suite 201
    Reno, Nevada 89509
    Telephone: (775) 329-0958
    Fax: (775) 329-2666
    E-mail: mlenz@pf-reno.com

Consented to by Sonnax Industries, Inc.

By: _____
    Tommy Harmon
Its: PRESIDENT

Dated: March 16, 2006.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____ March 22, 2006 ____

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
WEST LIBERTY ST.

Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that I am an employee of Lionel Sawyer & Collins and not a party to, nor interested in, the within action; that on March 21, 2006, I caused a true and correct copy of the above and foregoing **SONNAX INDUSTRIES, INC.'S NOTICE OF WITHDRAWAL OF CO-COUNSEL MARK LENZ** to be sent to the following via United States Mail, postage prepaid at Reno, Nevada, to the last known address of:

**VIA U.S. MAIL**
Edward Friedberg, Esq.
Port J. Parker, Esq.
FRIEDBERG & PARKER
650 University Avenue, Suite 205
Sacramento, CA 95825-6726

**VIA U.S. MAIL**
Lance P. Maiss, Esq.
SENN MEULEMANS, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501

**VIA U.S. MAIL**
Mark Lenz, Esq.
PISCEVICH & FENNER
499 West Plumb Lane, Suite 201
Reno, Nevada 89509

_/s/ K. Alonso_
An Employee of LIONEL SAWYER & COLLINS

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA
PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

Page 3 of 3